[No. 34160-3-II. Division Two. July 22, 2008.]

LORI MAZE ET AL., *Appellants*, v. COUNTRY MUTUAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-02979-9, Diane M. Woolard, J., entered November 10, 2005. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35281-8-II. Division Two. July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDULKAHLIF KAHIF CALHOUN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-04400-6, Kathryn J. Nelson, J., entered August 11, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 35481-1-II. Division Two. July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RENATA LEE ABRAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01786-2, Leila Mills, J., entered September 29, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.